CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/13/2024

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| TOBIAS WILLIAMSON,<br>       *Plaintiff,*<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>       *Defendant.* | CASE NO. 6:24-cv-00010<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

## ORDER OF JUDGMENT

Defendant, Martin O'Malley, Commissioner of Social Security ("Commissioner"), moves the Court for a remand of this case to Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g). The fourth sentence of 42 U.S.C. § 405(g) authorizes a district court to enter "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *see Shalala v. Schaefer*, 509 U.S. 292, 294 (1993). A "fourth-sentence remand" also requires "[i]mmediate entry of judgment," as opposed to "entry of judgment after postremand agency proceedings have been completed and their results filed with the court." *Shalala*, 509 U.S. at 297.

Here, the Court ordered the remand of this action when it granted Defendant's unopposed to remand, Dkt. 19. Accordingly, the Court further declares that **final judgment of this Court is hereby entered** pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

Entered this 13th day of November, 2024.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE